In re Crowder, Billie W.; Courtney, Connie R.; Varnado, Carl J., Jr.; Messer, Bobbie N.; Kent, Karen; McDavid, Deborah *709 L.; Hopper, Daniel T.; Millstead, David L.; Stringer, Steve; Steele, Harold, Jr.; Jones, Stacy H.; Gibson, Chris; Terradot, Eric P.; Roberts, Wanda H.; Blades, Dorothy B.; Gurr, Evelyn Barrow; Laws, Patti B.; Denicola, Clarie L.; Winne, Lynmarie; Jackson, Sherrie; West, Terri; Edwards, Sharlot; Basco, Janet; Ansley, Randall; Morgan, Tina M.; Chaney, Troy D.; Milli-gan, J.W.; Lemoine, Karen; Hobbs, Robert E., Sr.; Hobbs, Robert E., Jr.; Cox, Joseph G.; Heine, James D., Sr.; Lee, Jena M.; Tarver, Jeffrey; Montestruc, Alice; Steele, Laura; Gibbens, Troy; Gueho, Marty;— Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, Nos. CA92 0898, CA92 0899; Parish of East Baton Rouge, 19th Judicial District Court, Div. “G”, Nos. 346,439, 357,-312.
Denied.
CALOGERO, C.J., and DENNIS and ORTIQUE, JJ., would grant the writ.
WATSON, J., not on panel.